# SCHIFFMAN SHERIDAN & BROWN P.C.

April 18, 2017

TRACY L. UPDIKE
*tupdike@ssbc-law.com*

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
*tel* 717.540.9170
*fax* 717.736.4071
WWW.SSBC-LAW.COM

    **Re:**    **Troy W. Scott, III and Ja'Net M. Bryant-Scott**
            **Chapter 13 Case No. 1-16-03592-RNO**

Dear Clerk:

Please make note of the change of address for the creditor in the above-referenced case.

| | |
|---|---|
| Old Address: | Northeast Credit & Collection<br>P.O. Box 3358<br>Scranton, PA 18505-0358 |
| New Address: | Northeast Credit & Collection<br>245 Main Street<br>Scranton, PA 18519 |

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

Very truly yours,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

*Tracy L. Updike*

Tracy L. Updike