# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TROY W. SCOTT, III
AKA: TROY W. SCOTT
DBA: NATURALLY YOURS HAIR SALON
JA'NET M. BRYANT-SCOTT

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-16-03592-HWV

TROY W. SCOTT, III
AKA: TROY W. SCOTT
DBA: NATURALLY YOURS HAIR SALON
JA'NET M. BRYANT-SCOTT

Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on July 27, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 27, 2018, the Debtor(s) is/are $3000.00 in arrears with a plan payment having last been made on May 10, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 27, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TROY W. SCOTT, III
AKA: TROY W. SCOTT
DBA: NATURALLY YOURS
HAIR SALON
JA'NET M. BRYANT-SCOTT

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-16-03592-HWV

TROY W. SCOTT, III
AKA: TROY W. SCOTT
DBA: NATURALLY YOURS HAIR
SALON
JA'NET M. BRYANT-SCOTT

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 27, 2018.

SCHIFFMAN, SHERIDAN & BROWN, PC
TRACY L UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD, SUITE 201
HARRISBURG, PA 17110-

TROY W. SCOTT, III
JA'NET M. BRYANT-SCOTT
212 EDENDERRY WAY
ENOLA, PA 17025

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 27, 2018