```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                    Case No. 16-03592-HWV
Troy W. Scott, III                                                        Chapter 13
Ja'Net M. Bryant-Scott
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 2            Date Rcvd: Aug 28, 2018
                               Form ID: pdf010              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db/jdb         +Troy W. Scott, III,    Ja'Net M. Bryant-Scott,    212 Edenderry Way,    Enola, PA 17025-3414
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4828071         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
4828073        +Central Credit Services,    9550 Regency Square Boulevard,    Suite 500,
                 Jacksonville, FL 32225-8169
4828075        +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
4828076        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4828077        +Debt Recovery Solutions,    6800 Jericho Turnpike,    Suite 113E,    Syosset, NY 11791-4401
4828079        +Ditech Financial LLC,    c/o Nora Viggiano, Esquire,    3000 Bayport Drive, Suite 880,
                 Tampa, FL 33607-8409
4828081        +East Pennsboro Township,    98 South Enola Drive,    Room 103,    Enola, PA 17025-2796
4828083        +Financial Recoveries,    200 East Park Drive,    Suite 100,    P.O. Box 1388,
                 Mt. Laurel, NJ 08054-7388
4828082        +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
4828084        +Frederic I Weinberg Esquire,    Law Offices of Frederic I,    Weinberg and Associates PC,
                 375 East Elm Street Ste 201,    Conshohocken, PA 19428-1973
4828085        +IFinancial,    6248 Chatham Glenn Way North,    Harrisburg, PA 17111-4288
4828090        +KML Law Group, PC,    Ste. 5000 BNY Mellon Independence Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
4828089        +Kathryn L. Mason, Esquire,    JSDC Law Offices,    P.O. Box 650,    Hershey, PA 17033-0650
4828092        +Northeast Credit & Collection,    245 Main Street,    Scranton, PA 18519-1641
4828093        +Northeast Credit & Collections,    245 Main Street,    Scranton, PA 18519-1641
4846190        +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 Unemployment Compensation Division,    651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
4828100        +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
4828099        +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
4828103        +Unemployment Compensation Fund,    16th Floor,    L&I Building,    Harrisburg, PA 17121-0001
4828104        +Westgate Resorts,    8680 Commodity Circle,    Orlando, FL 32819-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4828067        +E-mail/Text: ally@ebn.phinsolutions.com Aug 28 2018 19:09:00     Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
4828068        +E-mail/Text: ACF-EBN@acf-inc.com Aug 28 2018 19:08:59     Atlantic Credit & Finance,
                 2727 Franklin Road,    Roanoke, VA 24014-1011
4828069         E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 28 2018 19:09:36
                 Berks Credit & Collections,    P.O. Box 329,    Temple, PA 19560-0329
4828070        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 28 2018 19:09:36
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4828072        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:14     CACH LLC,
                 4340 S Monaco Street,    Denver, CO 80237-3485
4872764         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:13     CACH, LLC,
                 PO Box 10587,    GREENVILLE, SC 29603-0587
4872755         E-mail/Text: bankruptcy.bnc@ditech.com Aug 28 2018 19:09:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4828080        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 28 2018 19:09:06     Ditech Financial, LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4828086        +E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 19:09:03     Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
4839948         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4860677         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 19:10:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4828091        +E-mail/Text: Bankruptcies@nragroup.com Aug 28 2018 19:09:32     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4828094         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2018 19:09:15     PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
4862310         E-mail/Text: blegal@phfa.org Aug 28 2018 19:09:18     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17101
4828096         E-mail/Text: blegal@phfa.org Aug 28 2018 19:09:19     Pennsylvania Housing Finance Agency,
                 P.O. Box 8029,    Harrisburg, PA 17105-8029
4828097         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:11
                 Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541
4828098         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 19:10:28
                 Portfolio Recovery Associates,    Riverside Commerce Center,
                 120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4962
4828095         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2018 19:09:15
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0314-1           User: DDunbar            Page 2 of 2                   Date Rcvd: Aug 28, 2018
                               Form ID: pdf010          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4828101        +E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2018 19:09:27      Transworld Systems,
                 P.O. Box 15609,    Wilmington, DE 19850-5609
4828102         E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2018 19:09:27      Transworld Systems, Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                             TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC  29603-0587
4936586*        Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4828088*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 21126,   Philadelphia, PA  19114)
4828087*        Internal Revenue Service,   Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
4828074       ##+Central Credit Services,   20 Corporate Hills Drive,    St. Charles, MO 63301-3749
4828078       ##+Debt Recovery Solutions, LLC,    900 Merchants Concourse,    Suite LL 11,
                 Westbury, NY 11590-5121
                                                                                TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Troy W. Scott, III tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Debtor 2 Ja'Net M. Bryant-Scott tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
TROY W. SCOTT, III and : CASE NO: 1-16-bk-03592-HWV
JA'NET M. BRYANT-SCOTT, :
:
    Debtors :

**ORDER TO REINSTATE**

Upon review of Debtors' Motion for Reinstatement and having opportunity for a hearing, it is

ORDERED, that the Debtors Chapter 13 case is hereby reinstated.

Dated: August 27, 2018         By the Court,

                                            _____
                                            Henry W. Van Eck, Bankruptcy Judge (KB)