```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                             Case No. 16-03592-HWV
Troy W. Scott, III                                                 Chapter 13
Ja'Net M. Bryant-Scott
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Sep 25, 2018
                              Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
db/jdb         +Troy W. Scott, III,    Ja'Net M. Bryant-Scott,    212 Edenderry Way,    Enola, PA 17025-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Troy W. Scott, III tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Debtor 2 Ja'Net M. Bryant-Scott tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Troy W. Scott III
aka Troy W. Scott, dba Naturally Yours Hair Salon

**Debtor 1**

Ja'Net M. Bryant–Scott

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:16–bk–03592–HWV

Document Number: 63

Matter: Motion to Modify Confirmed Plan

TROY W. SCOTT, III and
JANET M. BRYANT–SCOTT
**Movant(s)**

vs.

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 30, 2016.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | Date: October 24, 2018<br>Time: 09:30 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 25, 2018 |

nthrgreq(05/18)