```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 16-03592-HWV
Troy W. Scott, III                                  Chapter 13
Ja'Net M. Bryant-Scott
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DDunbar        Page 1 of 1          Date Rcvd: Nov 19, 2018
                            Form ID: trc          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
   NO NOTICES MAILED.
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4872755         E-mail/Text: bankruptcy.bnc@ditech.com Nov 19 2018 19:20:24
                   Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
                                                                                    TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tracy Lynn Updike   on behalf of Debtor 1 Troy W. Scott, III tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          Tracy Lynn Updike   on behalf of Debtor 2 Ja'Net M. Bryant-Scott tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 6
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-03592-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Troy W. Scott, III<br>212 Edenderry Way<br>Enola PA 17025 | Ja'Net M. Bryant-Scott<br>212 Edenderry Way<br>Enola PA 17025 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | Chalet Properties III, LLC<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038<br>Chalet Properties III, LLC<br>c/o BSI Financial Services |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/21/18

Terrence S. Miller
**CLERK OF THE COURT**